No. 1414, Misc. SOFOCLEOUS *v.* MARYLAND. Circuit Court of Anne Arundel County, Maryland. Certiorari denied.

No. 1201, Misc. GUST *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Hayden C. Covington* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. ▮

No. 1348, Misc. TOWNSEND *v.* BALKCOM, WARDEN. Petition for writ of certiorari to the Supreme Court of Georgia denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. ▮